NUMBER 13-00-189-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


THE ARBORETUM GROUP, INC.
, Appellant,


v.



TOUCHSTONE MEDICAL SERVICES, INC.
, Appellee.

____________________________________________________________________


On appeal from the 135th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Rodriguez and

Kennedy(1)

Opinion Per Curiam


 Appellant, THE ARBORETUM GROUP, INC., perfected an appeal
from a judgment entered by the 135th District Court of Victoria County,
Texas, in cause number 97-7-50,821-B. After the record was filed,
appellant filed a motion to dismiss the appeal. In the motion, appellant
states it no longer wishes to prosecute this appeal. Appellant requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted,
and the appeal is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 6th day of July, 2000.


1. Retired Justice Noah Kennedy assigned to this Court by the Chief
Justice of the Supreme Court of Texas pursuant to Tex. Gov't Code Ann.
§74.003 (Vernon 1998).